UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
In re

Stella Lee Terranova and
Robert A Terranova

                            Case No.: 18-70004-ast
                            Chapter 13

                         Debtor.
---------------------------------------------------------------X
Gustavia Home LLC,

                         Plaintiff,

                         v.                                  Adv. Pro. No.: 18-08054-ast

Federal National Mortgage Association,
(Fannie Mae) and Seterus, Inc.,

                         Defendants.
---------------------------------------------------------------X

## FINAL JUDGMENT

On April 18, 2019, the Court entered an Order granting the motion for summary judgment filed by Defendants Federal National Mortgage Association ("Fannie Mae") and Seterus, Inc.

Based thereon, it is hereby

**ORDERED**, that final judgment is awarded in favor of Defendants pursuant to Federal Rule of Bankruptcy Procedure 7058; and it is further

**ORDERED**, that Defendants are entitled to taxable costs of court pursuant to Federal Rule of Bankruptcy Procedure 7054 upon timely filing with the Court of Clerk; and it is further

**ORDERED**, that all relief sought by Plaintiff Gustavia Home LLC is denied, and the Clerk of Court shall close this adversary proceeding.



**Dated: April 18, 2019**
**Central Islip, New York**

**Alan S. Trust**
**United States Bankruptcy Judge**